**UNITED STATES of America, Plaintiff—Appellee,**

v.

**James Edward ELLERBE, Defendant—Appellant.**

No. 09–7830.

United States Court of Appeals, Fourth Circuit.

Submitted: Feb. 18, 2010.

Decided: Feb. 25, 2010.

James Edward Ellerbe, Appellant Pro Se. John Samuel Bowler, Rudolf A. Renfer, Jr., Assistant United States Attorneys, Raleigh, North Carolina, for Appellee.

Before WILKINSON, MICHAEL, and KING, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James Edward Ellerbe appeals the district court's order denying his motion for reduction of sentence pursuant to 18 U.S.C. § 3582(c) (2006), and its subsequent order denying reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Ellerbe,* No. 5:97–cr–00100–BR–1 (E.D.N.C. Sept. 2, 2009; Dec. 9, 2009). We deny Ellerbe's motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*